IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DWAYNE MANKE and
NORMA MANKE,

        *Plaintiffs*,

vs.

UNITED STATES OF AMERICA,

        *Defendant.*

Case No. 12-1086-EFM

## ORDER

Upon consideration of Magistrate Judge Kenneth G. Gale's Report and Recommendations (Doc. 6) and the failure of Plaintiffs to file any objections within the allotted time, this Court accepts the recommended decision of the Magistrate Judge and adopts it as its own. Therefore, Plaintiffs' Motion to Proceed *IFP* is DENIED and they must pay the requisite filing fee within sixty (60) days of the Report and Recommendations as filed by Judge Gale.

**IT IS SO ORDERED.**

Dated this 2nd day of July, 2012, in Wichita, Kansas.

                              ERIC F. MELGREN
                              UNITED STATES DISTRICT JUDGE